IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR-121 |
| | § | Judge Mazzant |
| CARLOS ALBERTO VELASQUEZ (1) | § | |

## ELEMENTS OF THE OFFENSE

The defendant is charged in Count One of the Indictment with a violation of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to Distribute Fentanyl. The essential elements which must be proven to establish the offense are as follows:

<u>First:</u>   That the defendant and one or more persons, in some way or manner made an agreement to commit the crime charged in the Indictment, that is, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl;

<u>Second:</u>   That the defendant knew of the unlawful purpose of the agreement;

<u>Third:</u>   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

<u>Fourth:</u>   That the overall scope of the conspiracy involved 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl; and

<u>Fifth:</u>   That the defendant knew or reasonably should have known that the scope of the conspiracy involved 400 grams or more of a mixture of substance containing a detectable amount of Fentanyl.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Jonathan R. Hornok*
JONATHAN R. HORNOK
Assistant United States Attorney
Utah State Bar Number 15166
500 State Line Ave N., Suite 402
Texarkana, Texas 75501
(903) 792-8453
Jonathan.Hornok@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on defense counsel of record by means of the Court's CM/ECF system on February 23, 2023.

*/s/ Jonathan R. Hornok*
JONATHAN R. HORNOK
Assistant United States Attorney