# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § CASE NUMBER 4:22-CR-00121 <br> § |
| v. | § <br> § <br> § |
| CARLOS ALBERTO VELASQUEZ (1) | § |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken by the district court and after discussing the matter with my counsel, I hereby voluntarily agree and consent to have United States Magistrate Christine A. Nowak hear the guilty plea and make findings as to whether the plea was knowingly and voluntarily entered, and to recommend to the District Court whether the plea should be accepted. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

In addition, I understand that I have the right to give my plea before the sentencing judge or the magistrate judge and have elected to so proceed before the magistrate judge.

I know that my testimony must be truthful and is under the penalty of perjury.

I understand my trial rights, including the right to maintain my plea of not guilty, the right to remain silent, the right to call witnesses, the right to present evidence in my behalf, the right to have a jury trial, the right to counsel or Court-appointed counsel if I cannot afford a lawyer who

would represent me at trial, the right to cross-examine witnesses who testify against me, and the right not to be forced to testify if I choose not to testify.

I understand by pleading guilty that I am giving up these rights, except the right of counsel. By pleading guilty, I am also giving up certain rights guaranteed to citizens of the United States of America. I may also have to forfeit any federal benefits I am now receiving. I understand that, if I am not a citizen of the United States of America, giving this plea of guilty may affect my immigration status and may lead to deportation

By pleading guilty, I am giving up the right to challenge any search or seizure which may have involved my person or my property.

I am also aware that the Court will consult the Sentencing Guidelines in assessing my sentence. However, I am also aware that the Court is not bound by these guidelines and that my sentence may be greater or less than the recommended guideline range.

I am also aware that even though I may have received an estimate as to my possible range of punishment, it is only an *estimate*. There may be other factors, such as prior criminal history, my role or participation in the crime, the quantity of contraband attributed to me, or the use of weapons that could increase my sentence.

I am also aware that the Court is not bound by any agreements between the government and me.

I am making this plea of my own free will. I have not been forced to plead guilty, nor have any promises been made to me other than what may be in my plea agreement if I have so entered into a plea agreement with the government.

I am entering this plea of guilty because I am guilty, and I fully understand the charges against me, including the statutory minimum and maximum penalties, as well as terms related to

### AUTORIZACIÓN PARA QUE UN JUEZ AUXILIAR FEDERAL OIGA LA DECLARACIÓN DE CULPABILIDAD Y LA ALOCUCIÓN SEGÚN EL REGLAMENTO PROCESAL PENAL FEDERAL 11

El Juez Auxiliar me ha informado de mi derecho a presentar mi declaración de culpabilidad ante un Juez de Distrito. Tras consultar con mi abogado, doy mi consentimiento libremente y acepto que el Juez Auxiliar Christine A. Nowak oiga mi declaración de culpabilidad, determine si fue consciente y voluntaria, y recomiende que el Juez de Distrito la acepte. Comprendo que un Juez de Distrito Federal deberá aprobar y aceptar mi declaración de culpabilidad de forma definitiva, y será quien impondrá mi pena.

Además, entiendo que tengo el derecho de aceptar mi culpabilidad ante el juez que impondrá la pena o ante el juez auxiliar, y he decidido proceder ante el juez auxiliar.

Entiendo que mi testimonio deberá ser veraz, so pena de perjurio.

Entiendo mis derechos de juicio, entre ellos el derecho a insistir en mi declaración de no culpable, el derecho de guardar silencio, el derecho de llamar a testigos, el derecho de presentar pruebas de mi parte, el derecho de tener un juicio ante un jurado, el derecho a un abogado, o a que el Juez nombre a un abogado que me represente si yo no tuviera los recursos para contratar a uno que me represente durante un juicio, el derecho de contrainterrogar a los testigos que declaren en mi contra y el derecho a que no me obliguen a declarar si no deseo hacerlo.

Entiendo que al declararme culpable, renuncio a estos derechos, a excepción del derecho a que me represente un abogado.  Al aceptar mi culpabilidad, renuncio además a ciertos derechos garantizados a los ciudadanos de los Estados Unidos de América. También es posible que pierda cualquier beneficio federal que esté recibiendo en la actualidad. Si no soy ciudadano de Estados

Unidos, comprendo que mi declaración de culpabilidad podría afectar mi situación inmigratoria y podría ocasionar mi deportación.

Al aceptar mi culpabilidad, renuncio al derecho de impugnar todo registro o confiscación que haya involucrado mis bienes o mi persona.

Comprendo que el Juez consultará las pautas condenatorias federales al imponer mi pena. No obstante, entiendo que el Juez no está obligado a seguir las pautas condenatorias, y mi pena podriá ser más larga o más corta que la pena recomendable.

Estoy consciente, además, que aunque me hayan dado un cálculo de la pena posible, se trata de un *cálculo* solamente. Podrían existir otros factores, tales como mis antecedentes penales, mi grado de participación en el delito o el papel que haya desempeñado en el mismo, la cantidad de contrabando que se me atribuya o el uso de armas, los cuales podrían incrementar mi pena.

Entiendo que el Juez no está supeditado por mi acuerdo con la Fiscalía.

Me declaro culpable por mi propia voluntad. Nadie me ha obligado a aceptar mi culpabilidad, ni me han prometido cosa alguna, fuera de lo que consta en el convenio de acepación de culpabilidad, si lo hubiera.

Acepto mi culpabilidad porque soy culpable y entiendo los cargos en mi contra por completo, inclusive la pena mínima y la pena máxima que dispone la ley, al igual que las condiciones relacionadas con la libertad supervisada, los recargos especiales y la indemnización.

Entiendo que si la Fiscalía solicita la incautación de mis bienes, seré informado de los bienes sobre los cuales renunciaré a todo derecho, título o interés.

Comprendo mis derechos de apelación y sé que podrían verse limitados por un convenio de aceptación de culpabilidad en el que se disponga mi renuncia a estos derechos. Entiendo dicha renuncia plenamente. Comprendo, además, que no podré apelar la pena, ni tratar de retractar mi

declaración de culpabilidad, bajo ningún concepto, si mi pena o la pena recomendable es más larga de lo que yo pensé que sería en un principio, o de lo que me dijo mi abogado.

Entiendo que será únicamente el Juez de Distrito Federal quien dictará mi sentencia condenatoria.

Si he firmado un convenio declaratorio, lo entiendo por completo y no tengo duda o pregunta alguna con respecto al mismo. Afirmo que no estoy bajo los efectos de ninguna sustancia o medicamento que pudiera afectar mi juicio, y que estoy plenamente capacitado para aceptar mi culpabilidad ante el Juez. Entiendo que si tengo alguna pregunta acerca de esta diligencia, puedo consultar con mi abogado con toda confianza, antes de rendir mi declaración de culpabilidad.

Afirmo que estoy satisfecho con la asesoría legal que me ha prestado.

He firmado una relación de los hechos por separado. Afirmo que dicha relación es veraz y certera. La he revisado y no hay errores importantes en lo que he declarado ante el Juez.

Por la presente declaro y doy fe de todo lo anterior, so pena de perjurio.

Fecha (Date): March 7, 2023

_____
**CARLOS ALBERTO VELASQUEZ**, Acusado (Defendant)
Nombre en letra de molde: _Carlos Velasquez_

_____
Matt Hamilton, Abogado del Acusado (Defendant's Attorney)
Printed Name: _Matt Hamilton_

_____
Delegado de la Fiscalía Federal (AUSA)
Printed Name: _Tracey Batson_

_____
CHRISTINE A. NOWAK, Juez Auxiliar Federal