IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR-121 |
| | § | Judge Mazzant |
| CARLOS ALBERTO VELASQUEZ (1) | § | |

## FACTUAL BASIS

The defendant, **Carlos Alberto Velasquez**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, **Carlos Alberto Velasquez**, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That the crime charged in the Indictment, took place in the Eastern District of Texas and elsewhere.

3. That **Carlos Alberto Velasquez** and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, conspiracy to possess with the intent to distribute at least 4 kilograms of a mixture or substance containing a detectable amount Fentanyl.

4. That **Carlos Alberto Velasquez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Carlos Alberto Velasquez** knew that the amount involved during the term of the conspiracy involved at least 4 kilograms of a mixture or substance containing a detectable amount of Fentanyl. This amount was involved in the conspiracy after the

*C. V*

defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

6. That **Carlos Alberto Velasquez**'s son, Carlos Armando Velasquez, recruited him into the drug conspiracy and directed all of his participation in it. Because Carlos Armando Velasquez did not share much information with **Carlos Alberto Velasquez**, he had limited knowledge about the scope and structure of drug trafficking operations. For example, Carlos Armando Velasquez told **Carlos Alberto Velasquez** to "look for a gun," specifically a "Glock"; but Carlos Armando Velasquez did not explain to **Carlos Alberto Velasquez** who would receive the gun or how it would be used. Despite **Carlos Alberto Velasquez's** limited knowledge, he took multiple steps to advance the conspiracy's unlawful purpose. For example, on April 21, 2022, at Carlos Armando Velasquez's direction, **Carlos Alberto Velasquez** drove to the parking lot of a grocery store in Dallas, Texas, to pickup approximately $80,000.00 in drug proceeds from someone he believed to be a drug customer. **Carlos Alberto Velasquez** did not receive any compensation for his participation in the offense. Instead, Carlos Armando Velasquez used the affection of his father-son relationship to involve **Carlos Alberto Velasquez** in the illegal sale and transportation of fentanyl.

Factual Basis
Page 2

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.  I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 3-6-23

CARLOS ALBERTO VELASQUEZ
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8.  I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 3.6 23

MATTHEW D. HAMILTON
Attorney for the Defendant